UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
_____

THE PIC GROUP, INC., a Michigan
corporation, and THE PIC GROUP,
LTD., an Ontario corporation,

      Case No.

      Plaintiffs,

      Hon.

v

VARI-FORM GROUP, LLC,
a Delaware limited liability company,
and VARI-FORM, INC., an Ontario
corporation

      Defendants.

_____

Dennis W. Loughlin (P57084)
WARNER NORCROSS + JUDD LLP
2000 Town Center, Suite 2700
Southfield, Michigan 48075
Telephone:  (248) 784-5000
dloughlin@wnj.com
*Attorney for Plaintiffs*

_____

## VERIFIED COMPLAINT

The PIC Group, Inc., and The PIC Group Ltd. (collectively "**Plaintiff**" or "**PIC**") states for its Verified Complaint against Vari-Form Group, LLC and Vari-Form, Inc. (collectively "**Vari-Form**") as follows:

### PARTIES, JURISDICTION, AND VENUE

1.     The PIC Group, Inc. is a Michigan corporation having its principal place of business in Shelby Township, Michigan.

2.     The PIC Group Ltd. is an Ontario corporation having its principal place of business in Oshawa, Ontario, Canada.

3.     Upon information and belief, Vari-Form, LLC is a Delaware limited liability company with its corporate headquarters and its principal place of business in Livonia, Michigan, with manufacturing facilities throughout the United States, Canada, Mexico, Europe and China.

4.     Upon information and belief, Vari-Form, Inc. is an Ontario corporation doing business in Ontario, Canada and the United States.

5.     This Court has subject matter jurisdiction under 28 U.S.C. §1332 because the parties are citizens of different states, and the amount in controversy exceeds $75,000.

6.     Due to Vari-Form's business relationship with PIC in Michigan and its corporate headquarters being located in Livonia, Michigan, Vari-Form has sufficient contacts with the State of Michigan giving rise to the current action.

7.     Venue is proper in this District under 28 U.S.C. § 1391.

## GENERAL ALLEGATIONS

8.     PIC is in the business of providing quality control sorting and containment services to automobile part suppliers and Original Equipment Manufacturers ("OEM") throughout North America.  In other words, PIC is brought in to sort and contain defective or non-compliant parts in the automobile supply

industry in order to prevent such parts from entering the parts supply chain and being incorporated into vehicles assembled and sold by OEMs to the public. PIC has provided those services to Defendant Vari-Form since 2012.

9. Per its website, Vari-Form states it is the "originator of structural automotive hydroforming," that its "technology is used to manufacture millions of parts a year worldwide," and that it is "the industry leader, with over 100 million parts produced to date."

10. On or about January 11, 2018, PIC and Vari-Form entered into a purchase order (the "Contract") for PIC's sorting and containment services (the "Services") (**Exhibit A:** Purchase Order). The Services performed at various locations in both the United States and in Canada.

11. Beginning January 22, 2018 through July 16, 2018, PIC forwarded to Vari-Form invoices totaling US$242,202.47 and CAD$333,971.92 related to the Services (collectively the "Outstanding Balance"). The Outstanding Balance is due for the Services performed under the Contract. Vari-Form has failed to pay the invoices pursuant to the terms of the Contract (**Exhibit B:** unpaid invoices).

12. Due to the business relationship between the parties, PIC contacted Vari-Form on numerous occasions to inquire about the past due invoices (**Exhibit C:** email exchanges regarding past due invoices).

13.   Vari-Form representatives have never disputed that the Outstanding Balance is due and owing, without setoff.  (See *id.*)

14.   In a last ditch effort to avoid litigation, counsel for PIC sent Vari-Form a demand letter on August 7, 2018 (**Exhibit D**, demand letter).  As of the date of this Complaint, neither PIC nor its attorneys have received a substantive response to the demand letter.

## COUNT I – BREACH OF CONTRACT

15.   PIC incorporates by reference all preceding paragraphs.

16.   The Contract between PIC and Vari-Form is a valid and enforceable contract.

17.   PIC has fulfilled all of its obligations under the Contract.

18.   Vari-Form breached the Contract by failing to fulfill its obligation to pay unpaid invoices totaling US$242,202.47 and CAD$333,971.92 in full within 30 days of receipt.

19.   As a direct and proximate result of Vari-Form's breach of the Contract, PIC has suffered and will continue to suffer damages, including, but not limited to, lost revenue, lost profits, and other damages owed to PIC, and attorney fees interest, and costs.

WHEREFORE, PIC respectfully requests that the Court enter judgment in its favor and against Vari-Form awarding PIC all actual, incidental, and consequential

damages in an amount to be proven at trial, costs, interest, attorney fees, and such further relief as the Court finds just and equitable.

## COUNT II – UNJUST ENRICHMENT

20.     PIC incorporates by reference all preceding paragraphs.

21.     Vari-Form received a benefit from PIC in the form of the Services provided, for which there is a balance due and owing of US$242,202.47 and CAD$333,971.92.

22.     It would be inequitable for Vari-Form to retain the benefit of the Services without payment for the same.

23.     Vari-Form has been unjustly enriched at PIC's expense and is thus required to make restitution to PIC.

24.     As a direct and proximate result of Vari-Form's unjust enrichment, PIC has suffered and will continue to suffer damages, including, but not limited to, lost revenue, lost profits, and other damages owed to PIC, and attorney fees, interest, and costs.

WHEREFORE, PIC respectfully requests that the Court enter judgment in its favor and against Vari-Form awarding PIC all actual, incidental, and consequential damages in an amount to be proven at trial, costs, interest, attorney fees, and such further relief as the Court finds just and equitable.

## <u>COUNT III – ACCOUNT STATED</u>

25.    PIC incorporates by reference all preceding paragraphs.

26.    PIC issued invoices to Vari-Form for the Services PIC provided.  (See Exhibit B.)

27.    Vari-Form received these invoices and did not raise any specific objections to them whatsoever.

28.    An Affidavit of Account Stated between PIC and Vari-Form is attached, demonstrating that Vari-Form owes PIC, over and above all legal counterclaims, the Outstanding Balance of US$242,202.47 and CAD$333,971.92 as of September 28, 2018.  (**Exhibit E,** affidavit.)

WHEREFORE, PIC respectfully requests that the Court enter judgment in its favor and against Vari-Form awarding PIC all actual, incidental, and consequential damages in an amount to be proven at trial, costs, interest, attorney fees, and such further relief as the Court finds just and equitable.

Respectfully submitted,


Dated:  October 3, 2018            */s/* Dennis W. Loughlin
                                   Dennis W. Loughlin (P57084)
                                   WARNER NORCROSS + JUDD LLP
                                   2000 Town Center, Suite 2700
                                   Southfield, Michigan 48075
                                   Telephone:  (248) 784-5000
                                   dloughlin@wnj.com
                                   *Attorney for Plaintiff*

6

## <u>VERIFICATION</u>

The undersigned hereby states and affirms that he has read and is familiar with the foregoing Verified Complaint and the factual allegations therein, and that those allegations are true to the best of his knowledge, information and belief.


Dated: _9-28-18_

JOSEPH PELLERITO